**JIAHAO WANG v. SCHEDULE A DEFENDANTS**

# EXHIBIT 2

## Schedule A

---

**FULLY REDACTED**